IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Petitioner,

  v.

                                           Case No.  21-cv-263-wmc

TREASURER SECRETARY
JANET YELLEN,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 5/14/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |